UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SAXTON,<br><br>    Petitioner,<br><br>v.<br><br>DANIEL PARAMO,<br><br>    Respondent. | NO. CV 14-5673-VBF (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed on the merits with prejudice.

DATED: June 16, 2017

                                    VALERIE BAKER FAIRBANK
                                    United States District Judge